1 | JAMES R. MCGUIRE (BAR NO. 189275)
JMcGuire@mofo.com
2 | SARAH E. GRISWOLD (BAR NO. 240326)
SGriswold@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California 94105-2482
Telephone: 415.268.7000
5 | Facsimile: 415.268.7522

6 | ROBERT S. STERN (BAR NO. 68240)
RStern@mofo.com
7 | SYLVIA RIVERA (BAR NO. 223203)
SRivera@mofo.com
8 | MORRISON & FOERSTER LLP
555 West Fifth Street
9 | Los Angeles, CA 90013-1024
Telephone: 213.892.5200
10 | Facsimile: 213.892.5454

11 | Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
12 | *Erroneously sued as*
JPMORGAN CHASE BANK dba CHASE
13 | AUTOMOTIVE FINANCE

ORIGINAL FILED

08 JUN 26 PM 1:11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

E-FILING

ADR

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

JW

MARIA I. IRIAS, individually, on behalf of the general public, and on behalf of all others similarly situated,

    Plaintiff,

    v.

JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE; and DOES 1 through 50, inclusive,

    Defendants.

Case No. C08 03099 RS

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT**

Case No.
sf-2533861

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant JPMorgan Chase Bank, N.A., erroneously sued as "JPMorgan Chase Bank dba Chase Automotive Finance," hereby discloses that JPMorgan Chase & Co., a publicly held corporation, is its parent and owns 10% or more of its stock.

Dated: June 26, 2008

ROBERT S. STERN
JAMES R. McGUIRE
SARAH E. GRISWOLD
SYLVIA RIVERA
MORRISON & FOERSTER LLP

By: /s/ James R. McGuire
JAMES R. McGUIRE

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
*Erroneously sued as*
JPMORGAN CHASE BANK dba
CHASE AUTOMOTIVE FINANCE