1  JAMES R. MCGUIRE (BAR NO. 189275)
   JMcGuire@mofo.com
2  SARAH E. GRISWOLD (BAR NO. 240326)
   SGriswold@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:    415.268.7000
5  Facsimile:    415.268.7522

6  ROBERT S. STERN (BAR NO. 68240)
   RStern@mofo.com
7  SYLVIA RIVERA (BAR NO. 223203)
   SRivera@mofo.com
8  MORRISON & FOERSTER LLP
   555 West Fifth Street
9  Los Angeles, CA  90013-1024
   Telephone:    213.892.5200
10 Facsimile:    213.892.5454

11 Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.,
12 *Erroneously sued as*
   JPMORGAN CHASE BANK dba CHASE
13 AUTOMOTIVE FINANCE

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18

19 MARIA I. IRIAS, individually, on behalf of the      Case No.   C08-03099 JW
   general public, and on behalf of all others
20 similarly situated,
                                                       **PROOF OF SERVICE TO**
21                Plaintiff,                           **NOTICE OF REMOVAL**

22        v.

23 JPMORGAN CHASE BANK dba CHASE
   AUTOMOTIVE FINANCE; and DOES 1 through
24 50, inclusive,

25                Defendants.

26

27

28

PROOF OF SERVICE
Case No. C08-03099 JW

sf-2537843

# PROOF OF SERVICE BY MAIL

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**NOTICE OF REMOVAL**

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT**

**CIVIL COVER SHEET**

**CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

**WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

| | |
|---|---|
| Bryan Kemnitzer | Alexander B. Trueblood |
| Nancy Barron | Trueblood Law Firm |
| Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP | 940 Wilshire Boulevard Suite 1600 |
| 445 Bush Street, 6th Floor | Los Angeles, CA 90024 |
| San Francisco, CA 94108 | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at San Francisco, California, this  26th  day of  June , 2008.

| | |
|---|---|
| Lucia M. Sario | /s/ Lucia M. Sario |
| (typed) | (signature) |

PROOF OF SERVICE
Case No. C08-03099 JW

sf-2537843