JAMES R. MCGUIRE (BAR NO. 189275)
JMcGuire@mofo.com
SARAH E. GRISWOLD (BAR NO. 240326)
SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

ROBERT S. STERN (BAR NO. 68240)
RStern@mofo.com
SYLVIA RIVERA (BAR NO. 223203)
SRivera@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA  90013-1024
Telephone:    213.892.5200
Facsimile:    213.892.5454

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
*Erroneously sued as*
JPMORGAN CHASE BANK dba CHASE
AUTOMOTIVE FINANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA I. IRIAS, individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.   08-CV-3099 JW<br><br>[CLASS ACTION]<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION AND MOTION EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Honorable James Ware |

1. Pursuant to Local Rule 6-3, Defendant JPMorgan Chase Bank N.A. ("Chase") hereby respectfully moves the Court for an order extending the time by which Chase may respond to the complaint herein by one week, from July 3, 2008 to and including July 10, 2008. In support of this request, Chase states as follows:

1. Chase's counsel has worked diligently to prepare its anticipated response to the complaint in a timely manner. (Declaration of Sylvia Rivera, dated July 2, 2008, ¶ 3.)

2. However, due to the Fourth of July holiday, the press of other business, and personal matters involving Chase personnel, relevant Chase personnel have had insufficient time to review and analyze Chase's anticipated response to the complaint herein, which raises, among other things, serious and complicated issues of federal preemption. (*Id.* ¶¶ 3-4.)

3. Counsel for Chase has made multiple attempts to contact Plaintiff's counsel to obtain consent for this requested seven-day extension, but was unable to reach any of Plaintiff's counsel of record. (*Id.* ¶ 6.) Counsel for Chase has left messages requesting Plaintiff's counsel's consent to the extension, and understands and believes that some of Plaintiff's counsel of record are out of the office on vacation. (*Id.*)

3. No prior requests for an extension of any time limit have been made. The requested extension would have no impact on any other deadline in the case. (*Id.* ¶¶ 7-8.)

Accordingly, Chase respectfully requests the Court enter an order extending the time by which Chase must respond to the complaint by one week, from July 3, 2008 to and including July 10, 2008.

1 | Dated: July 2, 2008 | MORRISON & FOERSTER LLP

By: _____/s/_____
James R. McGuire

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
*Erroneously sued as*
JPMORGAN CHASE BANK dba
CHASE AUTOMOTIVE FINANCE