1 | JAMES R. MCGUIRE (BAR NO. 189275)
JMcGuire@mofo.com
2 | SARAH E. GRISWOLD (BAR NO. 240326)
SGriswold@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California 94105-2482
Telephone: 415.268.7000
5 | Facsimile: 415.268.7522

6 | ROBERT S. STERN (BAR NO. 68240)
RStern@mofo.com
7 | SYLVIA RIVERA (BAR NO. 223203)
SRivera@mofo.com
8 | MORRISON & FOERSTER LLP
555 West Fifth Street
9 | Los Angeles, CA 90013-1024
Telephone: 213.892.5200
10 | Facsimile: 213.892.5454

11 | Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
12 | *Erroneously sued as*
JPMORGAN CHASE BANK dba CHASE
13 | AUTOMOTIVE FINANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA I. IRIAS, individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.   08-CV-3099 JW<br><br>[CLASS ACTION]<br><br>**DECLARATION OF SYLVIA RIVERA IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Honorable James Ware |

RIVERA DECL. ISO DEFENDANT JPMORGAN CHASE BANK, N.A.'S
MOTION TO EXTEND TIME TO RESPOND - Case No. 08-CV-3099 JW
sf-2540907

1  I, Sylvia Rivera, state and declare:

2  1.  I am member in good standing of the Bar of the State of California and am admitted to practice before this Court. I am employed with the law firm of Morrison & Foerster LLP, counsel of record for defendant JPMorgan Chase Bank, N.A. ("Chase") in this action. I submit this declaration in support of JPMorgan Chase Bank, N.A.'s Motion to Extend Time to Respond to Complaint. I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify competently to them.

3  2.  Plaintiff Maria I. Irias originally filed this action in California state court in the County of Santa Clara. Defendant Chase timely filed a notice of removal to this Court on June 26, 2008. Pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, Chase's response to the complaint in this action is due July 3, 2008.

4  3.  As counsel for Chase, my colleagues and I have worked diligently to prepare Chase's response to the complaint. Chase's anticipated response raises, among other things, complex issues concerning the application of federal preemption to the claims asserted in Plaintiff's complaint.

5  4.  Due to the press of other business and personal matters, including a funeral, our primary contact at Chase has been out of the office and unavailable for most of the week beginning June 30, 2008, and thus has had insufficient time to review Chase's anticipated response to the complaint. In addition, in light of the approaching Fourth of July holiday, certain Chase personnel with responsibility for the business unit implicated by the complaint is currently on vacation and will not return until July 7, 2008, and thus has not had an adequate opportunity to review Chase's anticipated response.

6  5.  Chase thus seeks a modest extension of time to and including July 10, 2008, to file and serve its response to the complaint, in order to afford its personnel an adequate opportunity to review and analyze its anticipated briefing.

7  6.  I attempted to obtain consent from Plaintiff's counsel for our requested extension, but was unable to reach any of Plaintiff's counsel of record. On July 2, 2008, I left a voice message for Alexander Trueblood requesting a one-week extension, but as of the time of this

RIVERA DECL. ISO DEFENDANT JPMORGAN CHASE BANK, N.A.'S
MOTION TO EXTEND TIME TO RESPOND - Case No. 08-CV-3099 JW
sf-2540907

1

1  filing, I have not received a response. On July 2, 2008, I also telephoned Bryan Kemnitzer, but
2  was advised by a receptionist that Mr. Kemnitzer is out of the office on vacation, and that his
3  colleague, Nancy Barron, also is unavailable. I consequently left a voice message for the person
4  who the receptionist identified as a paralegal who works with Mr. Kemnitzer, but as of the time of
5  this filing, I have not received a response.

6      7.    Chase has not made any prior request for an extension of time to respond to the
7  complaint.

8      8.    Chase's requested seven-day extension will not impact any other dealing in this
9  action.

10     I declare under penalty of perjury under the laws of the United States of America that the
11 foregoing is true and correct, and that this declaration was executed on July 2, 2008, in Los
12 Angeles, California.

                                                      /s/ Sylvia Rivera
                                                        Sylvia Rivera

RIVERA DECL. ISO DEFENDANT JPMORGAN CHASE BANK, N.A.'S
MOTION TO EXTEND TIME TO RESPOND - Case No. 08-CV-3099 JW
sf-2540907

2