| | |
|---|---|
| 1 | JAMES R. MCGUIRE (BAR NO. 189275) |
|   | JMcGuire@mofo.com |
| 2 | SARAH E. GRISWOLD (BAR NO. 240326) |
|   | SGriswold@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
|   | Telephone:    415.268.7000 |
| 5 | Facsimile:    415.268.7522 |
| 6 | ROBERT S. STERN (BAR NO. 68240) |
|   | RStern@mofo.com |
| 7 | SYLVIA RIVERA (BAR NO. 223203) |
|   | SRivera@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 555 West Fifth Street |
| 9 | Los Angeles, CA  90013-1024 |
|   | Telephone:    213.892.5200 |
| 10 | Facsimile:    213.892.5454 |
| 11 | Attorneys for Defendant |
|   | JPMORGAN CHASE BANK, N.A., |
| 12 | *Erroneously sued as* |
|   | JPMORGAN CHASE BANK dba CHASE |
| 13 | AUTOMOTIVE FINANCE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA I. IRIAS, individually, on behalf of the general public, and on behalf of all others similarly situated, | Case No.    08-CV-3099 JW |
| | [CLASS ACTION] |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE; and DOES 1 through 50, inclusive, | |
| | Honorable James Ware |
| Defendants. | |

PROPOSED ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S
MOTION TO EXTEND TIME TO RESPOND - Case No. 08-CV-3099 JW
sf-2540916

1   The Court, having considered Defendant JPMorgan Chase Bank N.A.'s motion to extend
2   time to respond to the complaint herein, hereby GRANTS Defendant's motion. Defendant shall
3   have to and including July 10, 2008 to respond to the complaint.

4
5                                        Hon. _____
                                              United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S                    1
MOTION TO EXTEND TIME TO RESPOND - Case No. 08-CV-3099 JW
sf-2540916