**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION AND MOTION EXTEND TIME TO RESPOND TO COMPLAINT**

**DECLARATION OF SYLVIA RIVERA IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**[PROPOSED] ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION EXTEND TIME TO RESPOND TO COMPLAINT**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

Alexander B. Trueblood                           Attorneys for Plaintiff: Maria I. Irias
Trueblood Law Firm
10940 Wilshire Blvd. Suite 1600
Los Angeles, CA 90024
FAX: (310) 234-4023

**ADDITIONAL COPY BY TELEFACSIMILE**

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 2nd day of July, 2008.

| Janie Fogel | /s/ |
| --- | --- |
| (typed) | (signature) |

Certificate of Service