1   JAMES R. MCGUIRE (BAR NO. 189275)
    JMcGuire@mofo.com
2   SARAH E. GRISWOLD (BAR NO. 240326)
    SGriswold@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone:    415.268.7000
5   Facsimile:    415.268.7522

6   ROBERT S. STERN (BAR NO. 68240)
    RStern@mofo.com
7   SYLVIA RIVERA (BAR NO. 223203)
    SRivera@mofo.com
8   MORRISON & FOERSTER LLP
    555 West Fifth Street
9   Los Angeles, CA  90013-1024
    Telephone:    213.892.5200
10  Facsimile:    213.892.5454

11  Attorneys for Defendant
    JPMORGAN CHASE BANK, N.A.,
12  *Erroneously sued as*
    JPMORGAN CHASE BANK dba CHASE
13  AUTOMOTIVE FINANCE

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                    SAN JOSE DIVISION

17

18  MARIA I. IRIAS, individually, on behalf of the       Case No.   08-CV-3099 JW
    general public, and on behalf of all others
19  similarly situated,                                   [CLASS ACTION]

20                         Plaintiff,                     **STIPULATION EXTENDING
                                                          DEFENDANT JPMORGAN
21        v.                                              CHASE BANK, N.A.'S TIME TO
                                                          RESPOND TO COMPLAINT**
22  JPMORGAN CHASE BANK dba CHASE
    AUTOMOTIVE FINANCE; and DOES 1 through                Honorable James Ware
23  50, inclusive,

24                         Defendants.

25

26

27

28

STIPULATION EXTENDING DEFENDANT'S
TIME TO RESPOND TO COMPLAINT - Case No. 08-CV-3099 JW
la-985128

1    Pursuant to Local Rule 6-1(a), Defendant JPMorgan Chase Bank N.A. ("Chase") and

2    Plaintiff Maria I. Irias hereby submit the following Stipulation.

3    WHEREAS, Chase removed this action to this Court on June 26, 2008, and pursuant to

4    Rule 81(c)(2) of the Federal Rules of Civil Procedure, its response to the Complaint in this

5    action is due July 3, 2008;

6    WHEREAS, due to the press of other business, personal matters, and previously

7    scheduled vacation, certain personnel at Chase have had insufficient time to review Chase's

8    anticipated response to the Complaint;

9    WHEREAS, Chase thus requests a one-week extension of time to and including July

10   10, 2008, to file and serve its response to the Complaint in order to afford its personnel an

11   adequate opportunity to review and analyze its anticipated briefing;

12   NOW THEREFORE, THE PARTIES STIPULATE that the time by which Chase must

13   respond to the Complaint is hereby extended by one week, from July 3, 2008, to and including

14   July 10, 2008.

15   Dated: July 3, 2008                    MORRISON & FOERSTER LLP

16

17                                          By: _____/s/_____
18                                              Sylvia Rivera

19                                              Attorneys for Defendant
                                                JPMORGAN CHASE BANK, N.A.,
                                                *Erroneously sued as*
20                                              JPMORGAN CHASE BANK dba
                                                CHASE AUTOMOTIVE FINANCE

21

22   Dated: July __, 2008                   KEMNITZER, ANDERSON, BARRON,
                                            OGILVIE & BREWER, LLP
23

24

25                                          By: _____
                                                Patricia Doran

26                                              Attorneys for Plaintiff
                                                MARIA I. IRIAS

27

28

1    Pursuant to Local Rule 6-1(a), Defendant JPMorgan Chase Bank N.A. ("Chase") and

2  Plaintiff Maria I. Irias hereby submit the following Stipulation.

3    WHEREAS, Chase removed this action to this Court on June 26, 2008, and pursuant to

4  Rule 81(c)(2) of the Federal Rules of Civil Procedure, its response to the Complaint in this

5  action is due July 3, 2008;

6    WHEREAS, due to the press of other business, personal matters, and previously

7  scheduled vacation, certain personnel at Chase have had insufficient time to review Chase's

8  anticipated response to the Complaint;

9    WHEREAS, Chase thus requests a one-week extension of time to and including July

10  10, 2008, to file and serve its response to the Complaint in order to afford its personnel an

11  adequate opportunity to review and analyze its anticipated briefing;

12    NOW THEREFORE, THE PARTIES STIPULATE that the time by which Chase must

13  respond to the Complaint is hereby extended by one week, from July 3, 2008, to and including

14  July 10, 2008.

15  Dated: July 3, 2008          MORRISON & FOERSTER LLP

16

17          By:        /s/

18                 Sylvia Rivera

19                 Attorneys for Defendant
                   JPMORGAN CHASE BANK, N.A.,
20                 *Erroneously sued as*
                   JPMORGAN CHASE BANK dba
                   CHASE AUTOMOTIVE FINANCE
21

22  Dated: July 3, 2008          KEMNITZER, ANDERSON, BARRON,
                                 OGILVIE & BREWER, LLP
23

24

25          By:        Patricia Doran

26                 Attorneys for Plaintiff
                   MARIA I. IRIAS
27

28