| | |
|---|---|
| 1 | JAMES R. MCGUIRE (BAR NO. 189275) |
|   | JMcGuire@mofo.com |
| 2 | SARAH E. GRISWOLD (BAR NO. 240326) |
|   | SGriswold@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | ROBERT S. STERN (BAR NO. 68240) |
|   | RStern@mofo.com |
| 7 | SYLVIA RIVERA (BAR NO. 223203) |
|   | SRivera@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
|   | 555 West Fifth Street |
| 9 | Los Angeles, CA 90013-1024 |
|   | Telephone: 213.892.5200 |
| 10 | Facsimile: 213.892.5454 |

**GRANTED**
*[Signature: James Ware]*
Judge James Ware
7/9/2008

11  Attorneys for Defendant
    JPMORGAN CHASE BANK, N.A.,
12  *Erroneously sued as*
    JPMORGAN CHASE BANK dba CHASE
13  AUTOMOTIVE FINANCE

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                    SAN JOSE DIVISION

17

| | | |
|---|---|---|
| 18 | MARIA I. IRIAS, individually, on behalf of the general public, and on behalf of all others similarly situated, | Case No.   08-CV-3099 JW |
| 19 | | [CLASS ACTION] |
| 20 | Plaintiff, | **STIPULATION EXTENDING DEFENDANT JPMORGAN CHASE BANK, N.A.'S TIME TO RESPOND TO COMPLAINT** |
| 21 | v. | |
| 22 | JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE; and DOES 1 through 50, inclusive, | Honorable James Ware |
| 23 | | |
| 24 | Defendants. | |

25

26

27

28

STIPULATION EXTENDING DEFENDANT'S
TIME TO RESPOND TO COMPLAINT - Case No. 08-CV-3099 JW
la-985128

1  Pursuant to Local Rule 6-1(a), Defendant JPMorgan Chase Bank N.A. ("Chase") and
2  Plaintiff Maria I. Irias hereby submit the following Stipulation.
3  WHEREAS, Chase removed this action to this Court on June 26, 2008, and pursuant to
4  Rule 81(c)(2) of the Federal Rules of Civil Procedure, its response to the Complaint in this
5  action is due July 3, 2008;
6  WHEREAS, due to the press of other business, personal matters, and previously
7  scheduled vacation, certain personnel at Chase have had insufficient time to review Chase's
8  anticipated response to the Complaint;
9  WHEREAS, Chase thus requests a one-week extension of time to and including July
10 10, 2008, to file and serve its response to the Complaint in order to afford its personnel an
11 adequate opportunity to review and analyze its anticipated briefing;
12 NOW THEREFORE, THE PARTIES STIPULATE that the time by which Chase must
13 respond to the Complaint is hereby extended by one week, from July 3, 2008, to and including
14 July 10, 2008.

15 Dated: July 3, 2008                    MORRISON & FOERSTER LLP

17                                         By: _____/s/_____
                                               Sylvia Rivera
18
                                           Attorneys for Defendant
19                                         JPMORGAN CHASE BANK, N.A.,
                                           *Erroneously sued as*
20                                         JPMORGAN CHASE BANK dba
                                           CHASE AUTOMOTIVE FINANCE

22                                         KEMNITZER, ANDERSON, BARRON,
    Dated: July __, 2008                   OGILVIE & BREWER, LLP
23

25                                         By: _____
                                               Patricia Doran
26                                         Attorneys for Plaintiff
                                           MARIA I. IRIAS

1     Pursuant to Local Rule 6-1(a), Defendant JPMorgan Chase Bank N.A. ("Chase") and
2 Plaintiff Maria I. Irias hereby submit the following Stipulation.
3     WHEREAS, Chase removed this action to this Court on June 26, 2008, and pursuant to
4 Rule 81(c)(2) of the Federal Rules of Civil Procedure, its response to the Complaint in this
5 action is due July 3, 2008;
6     WHEREAS, due to the press of other business, personal matters, and previously
7 scheduled vacation, certain personnel at Chase have had insufficient time to review Chase's
8 anticipated response to the Complaint;
9     WHEREAS, Chase thus requests a one-week extension of time to and including July
10 10, 2008, to file and serve its response to the Complaint in order to afford its personnel an
11 adequate opportunity to review and analyze its anticipated briefing;
12     NOW THEREFORE, THE PARTIES STIPULATE that the time by which Chase must
13 respond to the Complaint is hereby extended by one week, from July 3, 2008, to and including
14 July 10, 2008.

15 Dated: July 3, 2008           MORRISON & FOERSTER LLP

17                                  By: /s/
18                                    Sylvia Rivera
                                   Attorneys for Defendant
19                                    JPMORGAN CHASE BANK, N.A.,
                                   *Erroneously sued as*
20                                    JPMORGAN CHASE BANK dba
                                   CHASE AUTOMOTIVE FINANCE

22 Dated: July 3, 2008           KEMNITZER, ANDERSON, BARRON,
23                                    OGILVIE & BREWER, LLP

25                                  By: _____
                                   Patricia Doran
26                                    Attorneys for Plaintiff
                                   MARIA I. IRIAS

27 **IT IS SO ORDERED**
28 Defendant to respond to Complaint on or before July 10, 2008. This order also terminates Defendant's Motion to Extend Time (Docket Item No. 5).

Dated: July 9, 2008

                                   _____
                                   United States District Judge