1  JAMES R. MCGUIRE (BAR NO. 189275)
   JMcGuire@mofo.com
2  SARAH E. GRISWOLD (BAR NO. 240326)
   SGriswold@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:   415.268.7000
5  Facsimile:   415.268.7522

6  ROBERT S. STERN (BAR NO. 68240)
   RStern@mofo.com
7  SYLVIA RIVERA (BAR NO. 223203)
   SRivera@mofo.com
8  MORRISON & FOERSTER LLP
   555 West Fifth Street
9  Los Angeles, CA 90013-1024
   Telephone:   213.892.5200
10 Facsimile:   213.892.5454

**GRANTED**
*[Signature: James Ware]*
Judge James Ware
7/9/2008

11 Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.,
12 *Erroneously sued as*
   JPMORGAN CHASE BANK dba CHASE
13 AUTOMOTIVE FINANCE

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                             SAN JOSE DIVISION

17

18 MARIA I. IRIAS, individually, on behalf of the     Case No.   08-CV-3099 JW
   general public, and on behalf of all others
19 similarly situated,                                [CLASS ACTION]

20                  Plaintiff,                       **STIPULATION EXTENDING
                                                     DEFENDANT JPMORGAN
21     v.                                            CHASE BANK, N.A.'S TIME TO
                                                     RESPOND TO COMPLAINT**
22 JPMORGAN CHASE BANK dba CHASE
   AUTOMOTIVE FINANCE; and DOES 1 through            Honorable James Ware
23 50, inclusive,

24                  Defendants.

25

26

27

28

1 | Pursuant to Local Rule 6-1(a), Defendant JPMorgan Chase Bank N.A. ("Chase") and Plaintiff Maria I. Irias hereby submit the following Stipulation.

WHEREAS, Chase removed this action to this Court on June 26, 2008, and pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, its response to the Complaint in this action is due July 3, 2008;

WHEREAS, due to the press of other business, personal matters, and previously scheduled vacation, certain personnel at Chase have had insufficient time to review Chase's anticipated response to the Complaint;

WHEREAS, Chase thus requests a one-week extension of time to and including July 10, 2008, to file and serve its response to the Complaint in order to afford its personnel an adequate opportunity to review and analyze its anticipated briefing;

NOW THEREFORE, THE PARTIES STIPULATE that the time by which Chase must respond to the Complaint is hereby extended by one week, from July 3, 2008, to and including July 10, 2008.

Dated: July 3, 2008

MORRISON & FOERSTER LLP

By: ____/s/____
Sylvia Rivera

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
*Erroneously sued as*
JPMORGAN CHASE BANK dba
CHASE AUTOMOTIVE FINANCE

Dated: July __, 2008

KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER, LLP

By: _____
Patricia Doran

Attorneys for Plaintiff
MARIA I. IRIAS

STIPULATION EXTENDING DEFENDANT'S
TIME TO RESPOND TO COMPLAINT - Case No. 08-CV-3099 JW
la-985128

1

1    Pursuant to Local Rule 6-1(a), Defendant JPMorgan Chase Bank N.A. ("Chase") and
2  Plaintiff Maria I. Irias hereby submit the following Stipulation.
3    WHEREAS, Chase removed this action to this Court on June 26, 2008, and pursuant to
4  Rule 81(c)(2) of the Federal Rules of Civil Procedure, its response to the Complaint in this
5  action is due July 3, 2008;
6    WHEREAS, due to the press of other business, personal matters, and previously
7  scheduled vacation, certain personnel at Chase have had insufficient time to review Chase's
8  anticipated response to the Complaint;
9    WHEREAS, Chase thus requests a one-week extension of time to and including July
10 10, 2008, to file and serve its response to the Complaint in order to afford its personnel an
11 adequate opportunity to review and analyze its anticipated briefing;
12   NOW THEREFORE, THE PARTIES STIPULATE that the time by which Chase must
13 respond to the Complaint is hereby extended by one week, from July 3, 2008, to and including
14 July 10, 2008.

15 Dated: July 3, 2008              MORRISON & FOERSTER LLP

17                                  By:  _____/s/_____
18                                       Sylvia Rivera
                                         Attorneys for Defendant
19                                       JPMORGAN CHASE BANK, N.A.,
                                         *Erroneously sued as*
20                                       JPMORGAN CHASE BANK dba
                                         CHASE AUTOMOTIVE FINANCE
21

22                                  KEMNITZER, ANDERSON, BARRON,
   Dated: July 3, 2008              OGILVIE & BREWER, LLP
23

24
                                    By:  _____
25                                       Patricia Doran
26                                       Attorneys for Plaintiff
                                         MARIA I. IRIAS
27 **IT IS SO ORDERED**
28 Defendant to respond to Complaint on or before July 10, 2008. This order also terminates
   Defendant's Motion to Extend Time (Docket Item No. 5).

Dated: July 9, 2008
                                                        _____/s/ James Ware_____
                                                        United States District Judge