KEMNITZER, ANDERSON, BARRON & OGILVIE LLP
BRYAN KEMNITZER     Bar No. 066401
NANCY BARRON        Bar No. 099278
Pacific States Building
445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Facsimile: (415) 861-3151

TRUEBLOOD LAW FIRM
ALEXANDER B. TRUEBLOOD    Bar No. 150897
10940 Wilshire Blvd., Ste. 1600
Los Angeles, CA 90024
Telephone: (310) 443-4139
Facsimile: (310) 234-4023

Attorneys for Plaintiff Maria I. Irias

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA I. IRIAS, individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C08 03099 JW RS<br><br>CLASS ACTION<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL**<br><br>Unlimited Civil Case |

Plaintiff Maria I. Irias and the class she represents hereby demand a trial by jury in this action. This demand is made without waiving any objections to removal or to the jurisdiction of

1
Plaintiffs' Demand for Jury Trial

1  this court.

2  Dated: July 9, 2008                KEMNITZER, ANDERSON, BARRON &
3                                     OGILVIE, LLP
4                                     TRUEBLOOD LAW FIRM
5
6                                     By: /s/ Bryan Kemnitzer
7                                         BRYAN KEMNITZER
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

...

1  this court.

2  Dated: July 9, 2008                KEMNITZER, ANDERSON, BARRON &
3                                     OGILVIE, LLP
4
                                      TRUEBLOOD LAW FIRM
5
6                                     By: /s/ Bryan Kemnitzer
7                                          BRYAN KEMNITZER
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

Re: *Irias v. Chase Automotive Finance, et al.*
Santa Clara County Superior Court Case No. 108CV111739
USDC – ND California Case No. C08 03099 JW RS

I, Sean Barry, certify that I am not a party to the proceeding herein, that I am and was at the time of service over the age of 18 years old, and a resident of the State of California. My business address is 445 Bush Street, San Francisco, California 94108.

On July 10, 2008, I served the following:

**PLAINTIFF'S DEMAND FOR JURY TRIAL**

by depositing true copies thereof, enclosed in separate, sealed envelopes, each of which was addressed respectively to the person(s) and address(es) shown below, for collection and processing for mailing following this business' ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with the postage thereon fully prepaid, in the United States mail at San Francisco, California.

**James R. McGuire**
**Sarah E. Griswold**
**MORRISON & FOERSTER**
**425 Market St.**
**San Francisco, CA 94105-2482**
**Attorneys for Defendant JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE**

**Robert S. Stern**
**Sylvia Rivera**
**MORRISON & FOERSTER**
**555 West Fifth St.**
**Los Angeles, CA 90013-1024**
**Attorneys for Defendant JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE**

//

//

//

**Alexander B. Trueblood**
**TRUEBLOOD LAW FIRM**
10940 Wilshire Blvd., Ste. 1600
Los Angeles, CA 90024
**Co-Attorneys for Plaintiff**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2008

_____
Sean R. Barry