1  JAMES R. MCGUIRE (BAR NO. 189275)
   JMcGuire@mofo.com
2  SARAH E. GRISWOLD (BAR NO. 240326)
   SGriswold@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:  415.268.7000
5  Facsimile:  415.268.7522

6  ROBERT S. STERN (BAR NO. 68240)
   RStern@mofo.com
7  SYLVIA RIVERA (BAR NO. 223203)
   SRivera@mofo.com
8  MORRISON & FOERSTER LLP
   555 West Fifth Street
9  Los Angeles, CA 90013-1024
   Telephone:  213.892.5200
10 Facsimile:  213.892.5454

11 Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.,
12 *Erroneously sued as*
   JPMORGAN CHASE BANK dba CHASE
13 AUTOMOTIVE FINANCE

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17

| 18 | MARIA I. IRIAS, individually, on behalf of the general public, and on behalf of all others similarly situated, | Case No.  08-CV-3099 JW |
|---|---|---|
| 19 | | [CLASS ACTION] |
| 20 | Plaintiff, | **DECLARATION OF JORI K. CHRISTOPHER IN SUPPORT OF JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS COMPLAINT** |
| 21 | v. | |
| 22 | JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE; and DOES 1 through 50, inclusive, | |
| 23 | | Hearing Date: October 27, 2008<br>Time: 9:00 a.m. |
| 24 | Defendants. | Place: Courtroom 8 |
| 25 | | Honorable James Ware |

DECLARATION OF JORI K. CHRISTOPHER IN SUPPORT OF
MOTION TO DISMISS - Case No. 08-CV-3099 JW
la-984797

### DECLARATION OF JORI K. CHRISTOPER

I, Jori K. Christopher, declare as follows:

1. I am a Vice President and Operations Manager III in the automobile finance division at JPMorgan Chase Bank, N.A. ("Chase"). I submit this Declaration in support of JPMorgan Chase Bank, N.A.'s Motion to Dismiss Complaint. I make this Declaration based on personal knowledge, and if called as a witness, I could and would testify to the following facts.

2. I have been employed with Chase for approximately 31.5 years. I have served as a Vice President and Operations Manager III for the last 3.5 years. In that capacity, I am responsible for loan booking and loan record document retention for Chase's automobile finance portfolio.

3. A true and correct copy of the Retail Installment Sale Contract, dated December 14, 2005, pursuant to which Chase financed an automobile purchase by Maria I. Irias is attached hereto as Exhibit A.

4. For the Court's convenience, attached hereto as Exhibit B is a more legible copy of the back of the form contract that is Exhibit A. Exhibit B is a specimen of Chase's Form No. 553-CA-ARB, revised 1/05, which is the form used in Ms. Irias' transaction.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 02, 2008, at 1 pm MST, Phoenix, Arizona.

_____
Jori K. Christopher