JAMES R. MCGUIRE (BAR NO. 189275)
JMcGuire@mofo.com
SARAH E. GRISWOLD (BAR NO. 240326)
SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

ROBERT S. STERN (BAR NO. 68240)
RStern@mofo.com
SYLVIA RIVERA (BAR NO. 223203)
SRivera@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA  90013-1024
Telephone:     213.892.5200
Facsimile:     213.892.5454

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
*Erroneously sued as*
JPMORGAN CHASE BANK dba CHASE
AUTOMOTIVE FINANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA I. IRIAS, individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE; and DOES 1 through 50, inclusive,<br><br>               Defendants. | Case No.   08-CV-3099 JW<br><br>[CLASS ACTION]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO STRIKE PORTIONS OF COMPLAINT**<br><br>Hearing Date: October 27, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 8<br><br>Honorable James Ware |

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO STRIKE - Case No. 08-CV-3099 JW
la-985918

1  Defendant JPMorgan Chase Bank N.A.'s ("Chase") motion to strike portions of the complaint filed by Plaintiff Maria I. Irias came on regularly for hearing before this Court on October 27, 2008.  All parties were represented by counsel.  After consideration of all papers and briefs submitted, the arguments of counsel, and all other matters presented to the Court, the Court hereby GRANTS the motion to strike in its entirety.  Chase's Request for Judicial Notice is also GRANTED.

The following portions of Plaintiff's complaint are thus ordered stricken because they (i) impermissibly seek to invalidate prior deficiency judgments obtained by Chase, in violation of the doctrine of res judicata, and (ii) contain allegations of communications and communicative conduct that is protected by the absolute litigation privilege of section 47(b)(2) of the California Civil Code, and thus cannot form the basis of Plaintiff's causes of action:

1.  Paragraph 1, lines 17-17 at page 2: "seeks and obtains deficiency judgments knowing that such judgments are unlawful";

2.  Paragraph 18, lines 13-14 at page 7: "from, and obtain deficiency judgments against members of the general public in various courts of law";

3.  Paragraph 18, lines 15-16 at page 7: "or obtaining any deficiency judgment";

4.  Paragraph 18, lines 16-21 at page 7: "Plaintiff is informed and believes and thereon alleges that Chase has obtained and continues to obtain such judgments as a regular and uniform business practice, by suing consumers and then submitting false and/or misleading affidavits in court, which represent that defendants have fully complied with the Rees-Levering Act, when in fact they have not.";

5.  Paragraph 25, lines 26-27 at page 9: "and whether defendants have, through false or misleading representations to the courts of

        this State obtained judgments in violation of Civil Code § 2983.3"; and

6. Paragraph 31(l), lines 10-11 at page 12: "Chase unlawfully, unfairly and/or fraudulently file lawsuits against members of the class issued defective Statutory Notices in order to collect deficiency balances; and"; and

7. Paragraph 31(m), lines 13-15 at page 12: "Chase unlawfully, unfairly and/or fraudulently misrepresent their compliance with the provisions of Civil Code § 2983.2 to courts throughout the State of California and conceal their violations of the law."

IT IS SO ORDERED.

Dated: _____    _____
                                            Hon. James Ware
                                            United States District Court Judge

Respectfully submitted this 10th day of July, 2008 by:

MORRISON & FOERSTER LLP

By: ____/s/ James R. McGuire_____
      James R. McGuire

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
*Erroneously sued as*
JPMORGAN CHASE BANK dba
CHASE AUTOMOTIVE FINANCE

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO STRIKE - Case No. 08-CV-3099 JW
la-985918

2