**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
**[Fed. R. Civ. P. 12(b)(6)]**

**[PROPOSED] ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS COMPLAINT**

**DECLARATION OF JORI K. CHRISTOPHER IN SUPPORT OF JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS COMPLAINT**

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
**[Fed. R. Civ. P. 12(f)]**

**JPMORGAN CHASE BANK, N.A.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE PORTIONS OF COMPLAINT**

**[PROPOSED] ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO STRIKE PORTIONS OF COMPLAINT**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

| | |
|---|---|
| Alexander B. Trueblood<br>Trueblood Law Firm<br>10940 Wilshire Blvd. Suite 1600<br>Los Angeles, CA 90024 | Attorneys for Plaintiff: Maria I. Irias |
| Bryan Kemnitzer<br>Kemnitzer Anderson Barron & Oglivie<br>Pacific States Building<br>445 Bush Street<br>Sixth Floor<br>San Francisco, CA 94108 | Attorneys for Plaintiff: Maria I. Irias |

I declare under penalty of perjury that the above is true and correct.

1   Executed at San Francisco, California, this 10th day of July, 2008.

2

3

4

5   _____Janie Fogel_____            _____/s/_____
           (typed)                              (signature)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service                                  2
sf-2541102