1   JAMES R. MCGUIRE (BAR NO. 189275)
    JMcGuire@mofo.com
2   SARAH E. GRISWOLD (BAR NO. 240326)
    SGriswold@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone:     415.268.7000
5   Facsimile:     415.268.7522

6   ROBERT S. STERN (BAR NO. 68240)
    RStern@mofo.com
7   SYLVIA RIVERA (BAR NO. 223203)
    SRivera@mofo.com
8   MORRISON & FOERSTER LLP
    555 West Fifth Street
9   Los Angeles, CA  90013-1024
    Telephone:     213.892.5200
10  Facsimile:     213.892.5454

11  Attorneys for Defendant
    JPMORGAN CHASE BANK, N.A.,
12  *Erroneously sued as*
    JPMORGAN CHASE BANK dba CHASE
13  AUTOMOTIVE FINANCE

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17

18  MARIA I. IRIAS, individually, on behalf of the          Case No.    08-CV-3099 JW
    general public, and on behalf of all others
19  similarly situated,                                       [CLASS ACTION]

20                      Plaintiff,                            **ORDER CONTINUING ORDER TO
                                                              SHOW CAUSE RE: SETTLEMENT**
21           v.

22  JPMORGAN CHASE BANK dba CHASE
    AUTOMOTIVE FINANCE; and DOES 1 through        Hearing Date:  March 9, 2009
23  50, inclusive,                                 Time:  9:00 a.m.
                                                   Place:  Courtroom 8
24                      Defendants.
                                                  Honorable James Ware
25

26

27

28

JOINT STATEMENT IN RESPONSE TO
OSC RE: SETTLEMENT - Case No. 08-CV-3099 JW
la-1018441

1    Pursuant to the Court's Order Vacating Hearing on Motion and Setting Hearing on Order

2  to Show Cause Re: Settlement, entered on January 23, 2009, Plaintiff Maria I. Irias and

3  Defendant JPMorgan Chase Bank, N.A. (collectively, the "Parties"), hereby submit this joint

4  statement in response to the order to show cause re: settlement.

5    1.    The Parties have reached final agreement on both the terms and language of a

6  confidential settlement agreement resolving this action in its entirety (the "Settlement

7  Agreement").

8    2.    Pursuant to the terms of the Settlement Agreement, the parties have agreed to file

9  with the Court a Stipulation of Voluntary Dismissal and Proposed Order upon the Parties'

10  performance of certain obligations created by the Settlement Agreement.

11    3.    The Parties expect that those obligations will be performed, and the Stipulation of

12  Voluntary Dismissal and Proposed Order filed with Court, by March 27, 2009.

13    4.    Accordingly, the Parties respectfully request that the Court continue the hearing on

14  the OSC Re: Settlement, currently scheduled for March 9, 2009, to April 6, 2009, and further

15  order that the hearing will be vacated automatically upon the filing of the Parties' Stipulation of

16  Dismissal and Proposed Order in advance of the hearing date.

17  Dated: February 27, 2009            MORRISON & FOERSTER LLP

18

19                                    By:  ____/s/Sylvia Rivera____
                                          Sylvia Rivera
20
                                          Attorneys for Defendant
21                                        JPMORGAN CHASE BANK, N.A.,
                                          *Erroneously sued as*
22                                        JPMORGAN CHASE BANK dba
                                          CHASE AUTOMOTIVE FINANCE
23
    Dated: February 27, 2009            TRUEBLOOD LAW FIRM
24

25

26                                    By:  ____/s/Alexander B. Trueblood____
                                          Alexander B. Trueblood
27                                        Attorneys for Plaintiff

     *** **ORDER** ***
28    For good cause shown, the Court continues the Order to Show Cause re: Settlement currently
     set for March 9, 2009 to **April 6, 2009 at 9 a.m.**
     Dated:  March 3, 2009
                                      _____
                                      JAMES WARE
                                      United States District Judge