*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware
4/3/2009

1  JAMES R. MCGUIRE (BAR NO. 189275)
   JMcGuire@mofo.com
2  SARAH E. GRISWOLD (BAR NO. 240326)
   SGriswold@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:   415.268.7000
5  Facsimile:   415.268.7522

6  ROBERT S. STERN (BAR NO. 68240)
   RStern@mofo.com
7  SYLVIA RIVERA (BAR NO. 223203)
   SRivera@mofo.com
8  MORRISON & FOERSTER LLP
   555 West Fifth Street
9  Los Angeles, CA  90013-1024
   Telephone:   213.892.5200
10 Facsimile:   213.892.5454

11 Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.,
12 *Erroneously sued as*
   JPMORGAN CHASE BANK dba CHASE
13 AUTOMOTIVE FINANCE

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

| | |
|---|---|
| 18  MARIA I. IRIAS, individually, on behalf of the general public, and on behalf of all others similarly situated,<br>19<br>20                Plaintiff,<br>21     v.<br>22  JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE; and DOES 1 through 50, inclusive,<br>23<br>24                Defendants. | Case No.   08-CV-3099 JW<br><br>[CLASS ACTION]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON OSC RE: SETTLEMENT**<br><br>Hearing Date: April 6, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 8<br><br>Honorable James Ware |

1  WHEREAS, the Parties have reached agreement on both the terms and language of a confidential settlement agreement resolving this action in its entirety (the "Settlement Agreement");

WHEREAS, the Parties are in the final stages of executing the Settlement Agreement and, following execution and the performance of certain administrative obligations pursuant to the Settlement Agreement, expect to file with the Court a Stipulation of Voluntary Dismissal;

WHEREAS, execution of the Settlement Agreement has been delayed due to the relocation of Plaintiff Maria I. Irias;

WHEREAS, counsel for Plaintiff has attempted, and through the services of a private investigator, is continuing to attempt to ascertain Plaintiff's new address so that the settlement may be finalized; and

WHEREAS, the foregoing facts are those that the parties expect to relate to the Court at the OSC Re: Settlement scheduled for April 6, 2009;

THEREFORE, the parties stipulate, subject to the Court's approval, that the OSC Re: Settlement may be continued two weeks to April 20, 2009 to allow Plaintiff's counsel additional time to ascertain Plaintiff's new address and finalize the execution of the Settlement Agreement.

IT IS SO STIPULATED.

Dated: April 3, 2009               MORRISON & FOERSTER LLP

                                   By:    /s/Sylvia Rivera
                                          Sylvia Rivera

                                   Attorneys for Defendant
                                   JPMORGAN CHASE BANK, N.A.,
                                   *Erroneously sued as*
                                   JPMORGAN CHASE BANK dba
                                   CHASE AUTOMOTIVE FINANCE

Dated: April 3, 2009               TRUEBLOOD LAW FIRM


                                   By:    /s/Alexander B. Trueblood
                                          Alexander B. Trueblood

                                   Attorneys for Plaintiff
                                   MARIA I. IRIAS

1 **ORDER** AS MODIFIED

The parties having stipulated, and good cause appearing, it is hereby ORDERED that the OSC Re: Settlement is continued from April 6, 2009 to April 2̄7̄, 2009, at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____April 3,_____, 2009            _____
                                                James Ware
                                                United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING                                    1
OSC RE: SETTLEMENT - Case No. 08-CV-3099 JW
la-1018441

**GENERAL ORDER 45 ATTESTATION**

I, Sylvia Rivera, am the ECF User whose ID and password are being used to file the attached STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON OSC RE: SETTLEMENT. In compliance with General Order 45, X.B., I hereby attest that Alexander B. Trueblood has concurred in this filing.

                                                                    /s/ Sylvia Rivera

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Suite 3500, Los Angeles, California 90013-1024. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on April 3, 2009, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING ON OSC RE: SETTLEMENT**

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 555 West Fifth Street, Suite 3500, Los Angeles, California 90013-1024 in accordance with Morrison & Foerster LLP's ordinary business practices. I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

Alexander B. Trueblood
Trueblood Law Firm
10940 Wilshire Blvd. Suite 1600
Los Angeles, CA 90024
Tel.: (310) 443-4139
Fax: (310) 234-4023

Attorneys for Plaintiff MARIA I. IRIAS

Notice of Electronic Filing of the foregoing document will be electronically mailed by the Clerk of the Court of the United States District Court for the Northern District of California using the CM/ECF system to the following:

Bryan Kemnitzer (bkemnitzer@kabolaw.com)
Kevin Christopher Mallon (kevinmallon@yahoo.com)
Kemnitzer, Anderson, Barron,
  Ogilvie & Brewer LLP
445 Bush Street, Sixth Floor
San Francisco, California 94108

Attorneys for Plaintiff MARIA I. IRIAS

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California, this 3rd day of April, 2009.

| Sylvia Rivera | s/Sylvia Rivera |
|---|---|
| (typed) | (signature) |

STIPULATION AND [PROPOSED] ORDER CONTINUING
OSC RE: SETTLEMENT - Case No. 08-CV-3099 JW
la-1018441

1