| | |
|---|---|
| 1 | JAMES R. MCGUIRE (BAR NO. 189275) |
|   | JMcGuire@mofo.com |
| 2 | SARAH E. GRISWOLD (BAR NO. 240326) |
|   | SGriswold@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
|   | Telephone:   415.268.7000 |
| 5 | Facsimile:    415.268.7522 |

ROBERT S. STERN (BAR NO. 68240)
RStern@mofo.com
SYLVIA RIVERA (BAR NO. 223203)
SRivera@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA  90013-1024
Telephone:   213.892.5200
Facsimile:    213.892.5454

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
*Erroneously sued as*
JPMORGAN CHASE BANK dba CHASE
AUTOMOTIVE FINANCE

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA I. IRIAS, individually, on behalf of the general public, and on behalf of all others similarly situated, | Case No.   08-CV-3099 JW |
| | [CLASS ACTION] |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] *further* ORDER CONTINUING HEARING ON OSC RE: SETTLEMENT** |
| v. | |
| JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE; and DOES 1 through 50, inclusive, | Hearing Date: April 27, 2009 Time: 9:00 a.m. Place: Courtroom 8 |
| Defendants. | Honorable James Ware |

STIPULATION AND [PROPOSED] ORDER CONTINUING
OSC RE: SETTLEMENT - Case No. 08-CV-3099 JW
la-1026153

1  WHEREAS, on April 3, 2009, the Parties advised the Court that they had reached agreement on both the terms and language of a confidential settlement agreement resolving this action in its entirety, but that the settlement agreement had not yet been executed due to the relocation of Plaintiff Maria I. Irias;

WHEREAS, counsel for Ms. Irias recently ascertained her new contact information and the Parties are in the final stages of finalizing the settlement;

WHEREAS, following the performance of certain administrative obligations pursuant to the terms of the Parties' settlement, the Parties expect to file with the Court a Stipulation of Voluntary Dismissal; and

WHEREAS, the foregoing facts are those that the parties expect to relate to the Court at the OSC Re: Settlement scheduled for April 27, 2009;

THEREFORE, the parties stipulate, subject to the Court's approval, that the OSC Re: Settlement may be continued two weeks to May 11, 2009 to allow the Parties sufficient time to execute the settlement agreement and satisfy the obligations precedent to the filing of a dismissal pursuant to the terms of the Parties' settlement agreement.

IT IS SO STIPULATED.

Dated: April 24, 2009

MORRISON & FOERSTER LLP

By: /s/Sylvia Rivera
   Sylvia Rivera

   Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.,
   *Erroneously sued as*
   JPMORGAN CHASE BANK dba
   CHASE AUTOMOTIVE FINANCE

Dated: April 24, 2009

KEMNITZER, ANDERSON, OGILVIE,
BARRON & BREWER, LLP

By: /s/Bryan Kemnitzer
   Bryan Kemnitzer

   Attorneys for Plaintiff
   MARIA I. IRIAS

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The parties having stipulated, and good cause appearing, it is hereby ORDERED that |
| 3 | the OSC Re: Settlement is continued from April 27, 2009 to **May 18, 2009 at 9 a.m.** |
| 4 | This is the parties' final continuance. On or before **May 11, 2009**, the parties shall file their |
| 5 | Stipulated Dismissal or a Joint Statement informing the Court of their progress in reducing the |
| 6 | settlement to a writing. |

Dated:  April 24, 2009

_____
James Ware
United States District Court Judge