JAMES R. MCGUIRE (BAR NO. 189275)
JMcGuire@mofo.com
SARAH E. GRISWOLD (BAR NO. 240326)
SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

ROBERT S. STERN (BAR NO. 68240)
RStern@mofo.com
SYLVIA RIVERA (BAR NO. 223203)
SRivera@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA 90013-1024
Telephone:  213.892.5200
Facsimile:  213.892.5454

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
*Erroneously sued as*
JPMORGAN CHASE BANK dba CHASE
AUTOMOTIVE FINANCE

*IT IS SO ORDERED*

Judge James Ware

5/13/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA I. IRIAS, individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  08-CV-3099 JW<br><br>[CLASS ACTION]<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Date: May 18, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 8<br><br>Honorable James Ware |

JOINT STATEMENT INFORMING THE COURT OF PROGRESS
OF SETTLEMENT - Case No. 08-CV-3099 JW
la-1028448

Pursuant to the Court's order dated April 24, 2009, Plaintiff Maria I. Irias and Defendant JPMorgan Chase Bank N.A. ("Chase"), erroneously sued as JPMorgan Chase Bank dba Chase Automotive Finance (collectively, the "Parties"), respectfully submit this Joint Statement Informing the Court of Progress of Settlement.

In their most recent submission to the Court on April 24, 2009, the Parties advised the Court that counsel for Plaintiff had ascertained Plaintiff's new contact information and that the Parties were in the final stages of finalizing the settlement of this action in its entirety, the terms of which had been earlier reached. The Parties further reported that, following the performance of certain administrative obligations pursuant to the terms of the Parties' settlement agreement, the Parties expected to file with the Court a Stipulation of Voluntary Dismissal. In response, the Court issued an order continuing the OSC Re: Settlement from April 27, 2009 to May 18, 2009 at 9:00 a.m., and ordered the parties to file a stipulated dismissal or joint statement informing the Court of the status of reducing the settlement to writing by May 11, 2009.

The Parties have made substantial progress since their last submission to the Court. As of the date of this submission, the Parties have fully executed the settlement agreement referred to in their April 24 submission to the Court. The filing of a stipulated dismissal has been delayed, however, due to the recent identification of an issue of concern to Plaintiff that was unaddressed by the Parties' original settlement agreement and that involves a third-party to the instant lawsuit. In light of that issue, last week the Parties and the third-party agreed on the terms of a supplemental settlement agreement. Plaintiff furnished the third-party's executed version of that supplemental agreement to Chase on May 8, 2009. Chase is in the process of obtaining an executed version of the supplemental agreement from its appropriate corporate officer, and expects to furnish copies of the executed supplemental agreement to Plaintiff and the third-party by mid-week.

Thus, in advance of the May 18, 2009 OSC Re: Settlement, the Parties expect to have exchanged fully executed versions of their settlement agreement and the supplemental agreement involving the third-party, the former of which has already taken place. The Parties further expect that by May 18, 2009, the administrative obligations set forth in the Parties' settlement agreement

1  as conditions precedent to the filing of a stipulated dismissal will be substantially complete, but
2  not entirely complete, due to circumstances beyond the Parties' control.  Specifically, pursuant to
3  the Parties' settlement agreement, a stipulated dismissal may not be filed until a certain check
4  exchanged between the Parties clears the drawee bank.  The Parties are not certain when that will
5  occur, but expect that it will occur on or after May 26, 2009, and thus that the Parties will be in a
6  position to file a stipulated dismissal per their settlement agreement on or after May 26.
7  However, the Parties will continue to work in earnest to file a stipulated dismissal before the OSC
8  scheduled for May 18.

Dated: May 11, 2009                MORRISON & FOERSTER LLP

                                   By:    /s/Sylvia Rivera
                                          Sylvia Rivera

                                          Attorneys for Defendant
                                          JPMORGAN CHASE BANK, N.A.,
                                          *Erroneously sued as*
                                          JPMORGAN CHASE BANK dba
                                          CHASE AUTOMOTIVE FINANCE

Dated: May 11, 2009                KEMNITZER, ANDERSON, BARRON,
                                   OGLIVIE & BREWER LLP


                                   By:    /s/Bryan Kemnitzer
                                          Bryan Kemnitzer

                                          Attorneys for Plaintiff
                                          MARIA I. IRIAS

*** **IT IS SO ORDERED:** ***

The Court finds good cause to give the parties a final brief extension to reduce their settlement to writing and file the appropriate stipulated dismissal.  Accordingly, the Order to Show Cause hearing is continued to **June 1, 2009 at 9 a.m.**  On or before **May 22, 2009**, the parties shall file their Stipulated Dismissal.

Dated: May 13, 2009                _____
                                   United States District Judge

JOINT STATEMENT INFORMING THE COURT OF PROGRESS
OF SETTLEMENT - Case No. 08-CV-3099 JW
la-1028448

2

**GENERAL ORDER 45 ATTESTATION**

I, Sylvia Rivera, am the ECF User whose ID and password are being used to file the attached JOINT STATEMENT INFORMING THE COURT OF PROGRESS OF SETTLEMENT. In compliance with General Order 45, X.B., I hereby attest that Bryan Kemnitzer has concurred in this filing.

                 /s/ Sylvia Rivera

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Suite 3500, Los Angeles, California 90013-1024. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on May 11, 2009, I served a copy of:

**JOINT STATEMENT INFORMING THE COURT OF PROGRESS OF SETTLEMENT**

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 555 West Fifth Street, Suite 3500, Los Angeles, California 90013-1024 in accordance with Morrison & Foerster LLP's ordinary business practices. I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

Alexander B. Trueblood
Trueblood Law Firm
10940 Wilshire Blvd. Suite 1600
Los Angeles, CA  90024
Tel.: (310) 443-4139
Fax:  (310) 234-4023

Attorneys for Plaintiff MARIA I. IRIAS

Notice of Electronic Filing of the foregoing document will be electronically mailed by the Clerk of the Court of the United States District Court for the Northern District of California using the CM/ECF system to the following:

Bryan Kemnitzer (bkemnitzer@kabolaw.com)
Kevin Christopher Mallon (kevinmallon@yahoo.com)
Kemnitzer, Anderson, Barron,
   Ogilvie & Brewer LLP
445 Bush Street, Sixth Floor
San Francisco, California 94108

Attorneys for Plaintiff MARIA I. IRIAS

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California, this 11th day of May, 2009.

| Sylvia Rivera | s/Sylvia Rivera |
|---|---|
| (typed) | (signature) |