JAMES R. MCGUIRE (BAR NO. 189275)
JMcGuire@mofo.com
SARAH E. GRISWOLD (BAR NO. 240326)
SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

ROBERT S. STERN (BAR NO. 68240)
RStern@mofo.com
SYLVIA RIVERA (BAR NO. 223203)
SRivera@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA  90013-1024
Telephone:     213.892.5200
Facsimile:     213.892.5454

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
*Erroneously sued as*
JPMORGAN CHASE BANK dba CHASE
AUTOMOTIVE FINANCE

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA I. IRIAS, individually, on behalf of the general public, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.   08-CV-3099 JW<br><br>[PROPOSED] ORDER DISMISSING ACTION<br><br>Honorable James Ware |

[PROPOSED] ORDER DISMISSING ACTION - Case No. 08-CV-3099 JW

la-1016025

**[PROPOSED] ORDER**

Based on the stipulation of Plaintiff Maria I. Irias and Defendant JPMorgan Chase Bank N.A., erroneously sued as JPMorgan Chase Bank dba Chase Automotive Finance, and for good cause, IT IS HEREBY ORDERED that:

    (1)    The above-captioned action is dismissed in its entirety with prejudice;

    (2)    The Court shall retain jurisdiction to the extent necessary to enforce the terms of the confidential settlement agreement in this action.

IT IS SO ORDERED.

Dated: May 27, 2009

_____
Hon. James Ware
United States District Court Judge

Respectfully submitted this 22nd day of May, 2009 by:

MORRISON & FOERSTER LLP

   /s/ Sylvia Rivera
    Sylvia Rivera

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
*Erroneously sued as*
JPMORGAN CHASE BANK dba CHASE AUTOMOTIVE FINANCE

[PROPOSED] ORDER DISMISSING ACTION - Case No. 08-CV-3099 JW

la-1016025

1